IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MCPHERSON 4200, LLC | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:17-cv-00223 |
| | § | JURY |
| SCOTTSDALE INSURANCE COMPANY | § | |
|     Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE COURT:

Plaintiff, MCPHERSON 4200, LLC, and Defendant, SCOTTSDALE INSURANCE COMPANY, hereby stipulate to the voluntary dismissal without prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, Plaintiff's claims against Defendant are hereby dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS L.L.P**.

By: */s/ George Arnold*
    George H. Arnold
    State Bar No.  00783559
    Email: garnold@thompsoncoe.com
    Susan Sparks Usery
    State Bar No.  18880100
    Email: susery@thompsoncoe.com
    One Riverway, Suite 1400
    Houston, Texas 77056
    Telephone:  (713) 403-8210
    Facsimile:  (713) 403-8299
**ATTORNEYS FOR DEFENDANT**

- and -

**GREEN & BARTON**

By: */s/ Wayne D. Collins*
  Wayne D. Collins
  State Bar No. 00796384
  Email: wcollins@bartonlawgroup.com
  Daniel P. Barton
  State Bar No. 00789774
  Email: dbarton@bartonlawgroup.com
  Robert D. Green
  State Bar No. 08368025
  Email: green@greentriallaw.com
  1201 Shepherd Drive
  Houston, TX 77007
  Telephone: (713) 227-4747
  Facsimile: (713) 621-5900
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

 This is to certify that on the 30th day of November, 2018, a true and correct copy of the foregoing document was delivered to all counsel of record via the Court's CM/ECF fling system.

     */s/ Wayne D. Collins*
     Wayne D. Collins